IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00550-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PRESTON WRIGHT WEBSTER,
**2. DANIEL MARK SCHROEDER,**
**3. DAVID INGOT SITUMEANG, and**
**4. CHAD MICHAEL STEWART,**

    Defendants.

## ORDER SETTING TRIAL DATE

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **February 3, 2006** and responses to these motions shall be filed by **February 10, 2006**.  It is

    FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **February 21, 2006 at 11:00 a.m.**  If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion.  It is

FURTHER ORDERED that a five-day jury trial is set for **February 28, 2006** **at 1:30 p.m.**

DATED: January 19, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge