IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00550-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PRESTON WRIGHT WEBSTER,
**2. DANIEL MARK SCHROEDER**,
3. DAVID INGOT SITUMEANG, and
4. CHAD MICHAEL STEWART,

    Defendants.

## ORDER SETTING CHANGE OF PLEA HEARING

A Notice of Disposition was filed on behalf of Defendant Daniel Mark Schroeder in the above matter on February 14, 2006 (Dkt. # 31).  At the request of government counsel and counsel for Defendant Schroeder, Defendant Schroeder will be included in the change of plea hearing set for Defendant Preston Wright Webster on **February 15, 2006 at 9:00 a.m.  Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers AND to the Probation Department before 9:00 a.m. on February 15, 2006.  The original and one copy of these documents should be delivered to Judge Figa's courtroom deputy in the courtroom at the time of the hearing (**see **D.C.COLO.LCrR 11.1F).**

The Court notes that the final trial preparation conference set for February 21, 2006 and the five-day jury trial set for February 28, 2006 are still on its docket with regard to Defendants David Situmeang and Chad Stewart.

DATED: February 14, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge